ALEXANDER, APPELLEE, *v*. CLEVELAND CLINIC FOUNDATION, APPELLANT.

[Cite as *Alexander v. Cleveland Clinic Found.,*

130 Ohio St.3d 401, 2011-Ohio-5936.]

*Discretionary appeal accepted, court of appeals' judgment vacated, and cause remanded for application of* Dohme v. Eurand Am., Inc.

(No. 2011-1282—Submitted November 1, 2011—Decided November 23, 2011.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 95727,

2011-Ohio-2924.

_____

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is vacated, and the cause is remanded to the court of appeals for application of *Dohme v. Eurand Am., Inc.,* 130 Ohio St.3d 168, 2011-Ohio-4609, 956 N.E.2d 825.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Michael T. Conway & Co. and Michael T. Conway, for appellee.

Frantz Ward, L.L.P., Michael N. Chesney, Christopher G. Keim, and Kelly S. Lawrence, for appellant.

_____